FILED
CLERK, U.S. DISTRICT COURT

Dec 28, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_PMC\_\_\_\_ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAP EXPORT, LLC, a California Limited Liability Company,<br><br>    *Plaintiff,*<br><br>    v.<br><br>ZINUS, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>    *Defendant.* | Case No. 2:16-cv-00371 SVW (MRWx)<br><br>**JUDGMENT**<br><br>**Complaint Filed: January 19, 2016** |

    As the Court, having heard the merits of the parties' positions on Defendant's Motion for Summary Judgment, has made its ruling on the motion

    IT IS HEREBY ADJUDGED that:

1. Claims 1 and 3 of the U.S. Patent, No. 8,931,123, ("the '123 Patent") are invalid under 35 U.S.C. §103(a);
2. Plaintiff is determined to be the prevailing party and are entitled to judgment in their favor on their Complaint; and

/ / /

/ / /

[PROPOSED] JUDGMENT

3. Defendants' Counterclaims and Third Party Claims are dismissed with prejudice.

Dated: December 28, 2016    By: _____
HON. Stephen V. Wilson
United States District Court Judge