JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAP EXPORT, LLC, a California Limited Liability Company,<br>Plaintiff,<br>v.<br>ZINUS, INC., a California corporation; and DOES 1 through 10, inclusive,<br>Defendants. | Case No. 2:16-cv-00371 SVW (MRWx)<br><br>[PROPOSED] STIPULATED FINAL JUDGMENT AND PERMANENT INJUNCTION |
| ZINUS, INC., a California corporation,<br>Counterclaimant,<br>v.<br>CAP EXPORT, LLC, a California Limited Liability Company,<br>Counterdefendant. | |
| ZINUS, INC., a California corporation,<br>Third-Party Claimant,<br>v.<br>ABRAHAM AMOUYAL, an individual; and 4MODA CORP., a California corporation.<br>Third-Party Defendants. | Honorable Stephen V. Wilson |

STIPULTED FINAL JUDGMENT
AND PERMANENT INJUNCTION

2:16-cv-00371 SVW (MRWx)

This Stipulated Final Judgment and Permanent Injunction is entered into by and among Zinus, Inc. ("Zinus") and Abraham Amouyal ("Amouyal") and Cap Export, LLC ("Cap Export").

IT IS HEREBY AGREED, ORDERED, ADJUDGED AND DECREED THAT:

1. Zinus is the owner of U.S. Patent No. 8,931,123.

2. Each of claims 1-3 of U.S. Patent No. 8,931,123 is not invalid.

3. U.S. Patent No. 8,931,123 is enforceable as against Amouyal and as against Cap Export.

4. Judgment is hereby entered in favor of Zinus and against Cap Export on Zinus' claim for patent infringement. This claim for patent infringement is Zinus' "First Counterclaim And First Third-Party Claim" as pled in Zinus' answer [Dkt. 11].

5. Judgment is hereby entered in favor of Zinus and against Amouyal on Zinus' claim for patent infringement. This claim for patent infringement is Zinus' "First Third-Party Claim" as pled in Zinus' third-party complaint [Dkt. 23].

6. Judgment is hereby entered against Cap Export and against Amouyal, jointly and severally, in the total amount of one million one hundred thousand U.S. dollars ($1,100,000), with Cap Export and Amouyal being ordered to make payment to Zinus, Inc. according to the following schedule:

| Payment | Amount | Payment Due Date |
|---|---|---|
| 1st | $110,000 | within five business days from entry of this order |
| 2nd | $110,000 | June 3, 2019 |
| 3rd | $110,000 | July 1, 2019 |
| 4th | $110,000 | August 1, 2019 |
| 5th | $110,000 | September 3, 2019 |

| | | |
|---|---|---|
| 6th | $110,000 | October 1, 2019 |
| 7th | $110,000 | November 1, 2019 |
| 8th | $110,000 | December 2, 2019 |
| 9th | $110,000 | January 2, 2020 |
| 10th | $110,000 | February 3, 2020 |

7. All of Cap Export's claims and defenses are dismissed with prejudice.

8. All of Amouyal's counterclaims and defenses are dismissed with prejudice.

9. All claims, counterclaims and defenses asserted in this litigation between Zinus and Cap Export and between Zinus and Amouyal are hereby resolved by this Stipulated Final Judgment and Permanent Injunction. No other or further relief, including but not limited to attorneys' fees, filing fees, deposition costs, copying costs and all other litigation costs, shall be granted to Zinus or to Amouyal or to Cap Export with respect to each other. Zinus agrees to be bound by the Doctrine of Patent Exhaustion, i.e., the compensation in Section 6 constitutes payment of an implied license, in that Zinus affirmatively waives any and all rights to recover any damages from Home Furniture International LLC, Homegoods Mania, LLC, Sleep and Dream, LLC, Sofamania, and any other entity owned or controlled by Abraham Amouyal that would result from the infringement of U.S. Patent No. 8,931,123 due to the 13,591 units of beds plus the additional estimated units imported between July 2018 and April 2019 that is compensated in full by the judgment amount in Section 6.

10. Zinus and Amouyal and Cap Export affirmatively waive any and all rights to appeal this Stipulated Final Judgment and Permanent Injunction.

11. The beds that were the subject of this action (namely the beds of the following types BDS01, BDS02, BDS04, BDS05, BDS09, BDS15 and BS16 that were imported by Cap Export and/or Home Furniture International LLC) fall within the scope of each of claims 1-3 of U.S. Patent No. 8,931,123.

12. PERMANENT INJUNCTION: The following individuals and entities

(a) Abraham Amouyal,

(b) Cap Export, LLC,

(c) Abraham Amouyal's successors, assigns, employees, agents, independent contractors, servants, affiliates, and any and all persons or entities acting in concert or participation or in privity with any of them, and

(d) Cap Export, LLC's successors, owners, principals, assigns, directors, officers, employees, agents, independent contractors, servants, shareholders, insurers, parents, subsidiaries, affiliates, and any and all persons or entities acting in concert or participation or in privity with any of them,

are hereby PERMANENTLY ENJOINED AND RESTRAINED, during the life of U.S. Patent No. 8,931,123, from:

(i) making, using, selling, offering for sale, importing into the United States, marketing, distributing, receiving, forwarding, wholesaling, shipping, drop shipping, warehousing, displaying (on a website), or in any way commercially exploiting any bed of any of the following types (BDS01, BDS02, BDS04, BDS05, BDS09, BDS15 and BDS16 regardless of whether the bed is marked with such SKU identifiers) where the bed is contained in a single packing box;

(ii) making, using, selling, offering for sale, importing into the United States, marketing, distributing, receiving, forwarding, wholesaling, shipping, drop shipping, warehousing, displaying (on a website), or in any way commercially exploiting any bed (regardless of the bed not being one of the types BDS01, BDS02, BDS04, BDS05, BDS09, BDS15 or BDS16) that falls within the scope of any claim of U.S. Patent No. 8,931,123; and

(iii) inducing, assisting, aiding, abetting or attempting to induce, assist, aid or abet any other person or entity (including but not limited to Sofamania, Home Furniture International LLC, Cap Export LLC, any other on-line retailer, on-line marketplace, brick-and-mortar retailer, wholesaler, or importer regardless of

whether that other person or entity is owned or controlled by Amouyal) in performing any of the prohibited activities referred to above in (i) and (ii).

13. Amouyal shall provide a copy of by this Stipulated Final Judgment and Permanent Injunction to the following: Clement Smadja, Movan Furniture Group Limited, Xiamen Moreshine Import and Export Co., Ltd, Amouyal's confidential sourcing company in China, Home Furniture International, LLC, Sleep and Dream, LLC, and Homegoods Mania, LLC.

14. In any press release or public, published announcement of the resolution of this action made by Zinus, such public announcement shall not state that Amouyal paid Zinus as part of the resolution of this action, nor that Amouyal is enjoined by the Court as part of the resolution of this action. Rather, the public announcement may state that "Cap Export, LLC and other parties" were ordered by this Court to pay Zinus $1,100,000, and that "Cap Export, LLC and other parties" were permanently enjoined from further infringement of U.S. Patent No. 8,931,123. The preclusion set forth in this paragraph against using Amouyal's name in the press release or announcement is the one and only restriction on Zinus' right to disclose to the public the details of what transpired in the present action (provided that Zinus adheres to the terms of the stipulated protective order in force in the action [Dkt. 107]). This Stipulated Final Judgment And Permanent Injunction shall, for example, at all times be a public document that Zinus can publish and publicly disseminate as Zinus desires. The restriction on public announcements set forth in this paragraph does not restrict the release of any information through one-on-one disclosures.

15. This Stipulated Final Judgment And Permanent Injunction is a final judgment in this action and is suitable for entry by the Clerk pursuant to Fed. R. Civ. P. 58 and 79(a).

/ / /

/ / /

16. This Court shall retain jurisdiction over the parties and the action for purposes of enforcing this Stipulated Final Judgment And Permanent Injunction.

**IT IS SO AGREED**

Dated: May 22, 2019

    Zinus, Inc.
    By: Keith Reynolds
    President of Zinus, Inc.

Dated: May 29, 2019

    Abraham Amouyal
    (in his individual capacity as a party to this litigation)

Dated: May 29, 2019

    Cap Export, LLC
    By: Abraham Amouyal
    CEO of Cap Export, LLC

**IT IS SO ORDERED.**

Dated: May 30, 2019

    The Honorable Stephen V. Wilson
    United States District Judge