# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAP EXPORT, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>ZINUS, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:16-cv-00371-JWH (MRWx)<br><br>**FINAL JUDGMENT** |
| ZINUS, INC. a California corporation,<br><br>Counterclaimant,<br><br>v.<br><br>CAP EXPORT, LLC, a California Limited Liability Company,<br><br>Counterdefendant. | |
| ZINUS, INC., a California corporation,<br><br>Third-Party Claimant,<br><br>v.<br><br>ABRAHAM AMOUYAL, an individual; and 4MODA CORP., a California corporation,<br><br>Third-Party Defendants. | |

The above-captioned matter came before the Honorable John W. Holcomb, United States District Judge, pursuant to the parties' motions for summary judgment. All claims for relief have now been resolved. In accordance with the Order on Motion for Partial Summary Judgment re Inequitable Conduct and Motion for Summary Judgement re Invalidity, Etc. [ECF No. 394], and pursuant to Rule 58 of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment be entered as follows:

1. This Court has jurisdiction over the above-captioned action pursuant to 28 U.S.C. §§ 1331 & 1338.

2. Claims 1, 2, and 3 of the U.S. Patent No. 8,931,123 are **INVALID** under 35 U.S.C. § 102(a)(1).

3. The Court declines to exercise supplemental jurisdiction over the sole remaining claim for relief of Zinus, Inc., for unfair business practices under Cal. Bus. & Prof. Code § 17200. Accordingly, that claim is **DISMISSED WITHOUT PREJUDICE**.

4. Thereby, judgment in the above-captioned case is entered in **FAVOR** of Cap Export, LLC and Abraham Amouyal, and **AGAINST** Zinus, Inc., on the issue of patent invalidity.

5. To the extent that Cap Export, LLC; Abraham Amouyal; and Zinus, Inc., or any of them, request any other form of relief, such request is **DENIED WITHOUT PREJUDICE AS MOOT**.

6. Cap Export, LLC and Abraham Amouyal are the prevailing parties in this action. The parties, and each of them, are **DIRECTED** to file any motion or application for costs or attorneys' fees (whether or not governed by

/ / /

/ / /

/ / /

Rule 54 of the Federal Rules of Civil Procedure) within thirty (30) days after entry of this final judgment.

**IT IS SO ORDERED.**

Dated: June 21, 2021

_____
John W. Holcomb
UNITED STATES DISTRICT JUDGE