# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAP EXPORT, LLC, a California limited liability company;<br><br>               Plaintiff,<br><br>    vs.<br><br>ZINUS, INC., a California Corporation; and DOES 1-10, inclusive.<br><br>               Defendants.<br><br>*And related counterclaims and third-party claims* | Case No.: 2:16-cv-00371-JWH (MRWx)<br><br>**ORDER OF DISMISSAL UNDER RULE 41(A)(2)**<br><br><br>CTRM:    9D<br>JUDGE:   Hon. John W. Holcomb |

US 172848956v3

Upon consideration of the Stipulation for Dismissal filed by Plaintiff and Counterdefendant Cap Export, LLC, Third-Party Defendant Abraham Amouyal, and Defendant, Counterclaimant, and Third-Party Plaintiff Zinus, Inc., it is hereby ORDERED as follows:

1.      All claims, causes of action, and parties in this matter are **DISMISSED with prejudice** under Rule 41(a)(2) of the Federal Rules of Civil Procedure.

2.      The post-remand status conference calendared for Friday, December 2, 2022, at 1:00 p.m. is **VACATED**.

**IT IS SO ORDERED**

Dated: November 28, 2022

_____
THE HON. JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE